**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT F. LAWRENCE,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, FIRST AMERICAN TITLE COMPANY,<br><br>   Defendants. | No.  1:23-cv-01581-NODJ-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 10) |

   On January 24, 2024, Plaintiff filed a "MOTION to Dismiss Current Case as Stated and Refile as Two Separate Cases," in which Plaintiff notifies the Court that this case is voluntarily dismissed without prejudice.  (Doc. 10).  The Court interprets Plaintiff's motion as Notice of Voluntary Dismissal.  Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **January 25, 2024**             /s/ *Sheila K. Oberto*           
                                                                UNITED STATES MAGISTRATE JUDGE